WILLIAM V. EHRENS, PLAINTIFF-RESPONDENT, v. EDWARD MARGOLIN, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Lloyd, Horn, Megargee & Steedle* for the petitioners.

*Mr. Milton E. Mermelstein, Mr. Jerome Stein* and *Mr. Arnold L. Burns* for the respondents.

May 25, 1964.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANTHONY TANZOLA, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 83 *N. J. Super.* 40.

*Mr. Benedict E. Lucchi* and *Mr. Donald R. Conway* for the petitioners.

*Mr. Guy W. Calissi* and *Mr. William C. Brudnick* for the respondent.

May 25, 1964.   Denied.